### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jade Lee,<br>    Debtor. | CHAPTER 13 |
| Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.,<br>    Movant,<br>v.<br>Jade Lee,<br>    Debtor,<br>and<br>William C. Miller, Trustee,<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-12878/ELF |

## CERTIFICATION OF DEFAULT

Kristen D. Little, Esquire, Attorney for Movant, certifies that Debtor has defaulted upon the terms of this Court's Stipulation and Order dated January 30, 2020. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtor and Debtor's Attorney on March 25, 2020. The Debtor has failed to cure the default as set forth in the Notice. The Debtor has failed to make the following payments:

| | |
|---|---:|
| Regular payments of $1,144.13 from February 1, 2020 through April 1, 2020 | $3,432.39; |
| Attorney Fees associated with this default | $300.00 |
| Less Debtor's Suspense | $(0.00) |
| **TOTAL DEFAULT** | **$3,732.39** |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

Respectfully submitted,

Dated: April 27, 2020

BY: /s/ Kristen D. Little
Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
PA BAR ID #79992
klittle@logs.com
pabk@logs.com

S&D File #:16-054785